PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-po-00281-EFB |
| ) | |
| Plaintiff, ) | STIPULATION TO VACATE COURT TRIAL |
| ) | AND SET STATUS CONFERENCE; AND |
| v. ) | [Proposed] ORDER |
| ) | |
| PAUL A. HARRELL, ) | DATE:  November 29, 2016 |
| ) | TIME:  10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Edmund F. Brennan |
| ) | |
| ) | |
| ) | |

     The United States Attorney through its respective counsel,

Justin L. Lee, Assistant United States Attorney, and Linda C.

Allison, Chief Assistant Federal Defender, and Daniel Pickolick,

Certified Law Student, Attorneys for the defendant, PAUL A. HARRELL,

hereby stipulate to vacate the court trial scheduled for November 29,

2016, at 10:00 a.m.  Further, the parties agree that a status

conference should be scheduled on January 30, 2017, at 10:00 a.m.

///

///

///

///

US v. Paul Harrell                    1              Stip to Vacate Trial and Set Status

1    Accordingly, the United States and the defendant jointly request

2  to vacate the court trial on November 29, 2016, and set a status

3  conference for January 30, 2017, at 10:00 a.m.

4

5  DATED: November 28, 2016        PHILLIP A. TALBERT
                                   United States Attorney
6

7                                   */s/ Justin L. Lee*
                                   JUSTIN L. Lee
8                                  Assistant U.S. Attorney

9

10  DATED: November 28, 2016        */s/ Linda C. Allison*
                                   LINDA C. ALLISON
11                                  Chief Assistant Federal Defender
                                   Counsel for Defendant
12

13

14  DATED: November 28, 2016        */s/ Daniel Pickolick*
                                   DANIEL PICKOLICK
15                                  Certified Law Student
                                   Counsel for Defendant
16
                                   (*Approved via email 11/28/2016*)
17

18

19                       **[~~Proposed~~] ORDER**

20    It is hereby ordered that the court trial scheduled for November

21  29, 2016, at 10:00 a.m. is vacated.  It is further ordered that a

22  status conference is set for January 30, 2017, at 10:00 a.m.

23    IT IS SO ORDERED.

24  Dated: November 28, 2016.        _____
                                   HON. EDMUND F. BRENNAN
25                                  United States Magistrate Judge

26

27

28

US v. Paul Harrell                    2              Stip to Vacate Trial and Set Status