ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-po-00281-EFB |
| Plaintiff, | [~~Proposed~~] ORDER TO DISMISS AND RECALL ABSTRACT |
| v. | |
| PAUL A. HARRELL, | |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00281-EFB without prejudice is GRANTED.

It is further ordered that the abstract issued January 30, 2017, is recalled.

IT IS SO ORDERED.

Dated: September 23, 2025

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE